UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00243

**Barry Emmett,**
*Plaintiff,*

v.

**TDCJ Corporation et al.,**
*Defendants.*

# ORDER

Plaintiff Barry Emmett, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 48) concluding that plaintiff's motion for preliminary injunction (Doc. 26) should be denied for failing to meet the necessary prerequisites for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. Plaintiff did not object to the report and recommendation.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 48. Plaintiff's motion for preliminary injunction (Doc. 26) is denied.

*So ordered by the court on May 23, 2022.*

J. CAMPBELL BARKER
United States District Judge