UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00243

**Barry Emmett,**
*Plaintiff,*

v.

**TDCJ Corporation et al.,**
*Defendants.*

### ORDER

Plaintiff Barry Emmett, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 63) concluding that plaintiff's motion for preliminary injunction (Doc. 43) should be denied for failing to meet the necessary prerequisites for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. Plaintiff did not object to the report and recommendation.

Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court accepts the report and recommendation (Doc. 63). For the reasons stated in the report, plaintiff's motion for preliminary injunction (Doc. 43) is denied.

*So ordered by the court on August 15, 2022.*

J. CAMPBELL BARKER
United States District Judge