## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

———

No. 6:21-cv-00243

———

**Barry Emmett,**
*Plaintiff,*

v.

**TDCJ Corporation et al.,**
*Defendants.*

———

## ORDER

Plaintiff Barry Emmett, proceeding pro se, filed the above-styled and numbered civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report recommending that plaintiff's motion for preliminary injunction (Doc. 98) be denied for failing to meet the necessary prerequisites for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. Doc. 120. Plaintiff did not object to that report and recommendation.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. For the reasons stated in the report, plaintiff's motion for preliminary injunction is denied.

*So ordered by the court on June 16, 2023.*

———

J. CAMPBELL BARKER
United States District Judge